UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH DURR #614438,

Plaintiff,

v.

MICHIGAN DEPARTMENT OF CORRECTIONS HEALTHCARE SERVICES, et al.,

Defendants.
______________________________/

Case No: 1:25-cv-1563

HON. ROBERT J. JONKER

**ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 22, 2026 (ECF No. 21). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 21) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Washington's motion to dismiss and for summary judgment (ECF No. 14) is **GRANTED** and the case is **DISMISSED** without prejudice.

Dated: November 16, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE